**DISTRICT COURT OF THE UNITED STATES**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.; ET AL | **Plaintiff (s) / Petitioner (s)** |
| ~ vs ~ | |
| JUAN C. MORENO AND LEODEGARIO ROJAS; ET AL | **Defendant (s) / Respondent (s)** |

Trans. #: 20080777
Date Filed:
Docket/Index #: 08 CV 00952
Witness Fee: $0.00
File: No       Court Date:
Client Ref #:
MOUNTAIN SUPPORT SERVICES, INC.
1 TERRACE HILL
ELLENVILLE NY 12428

**STATE OF NEW YORK: COUNTY OF SUFFOLK   : SS:**

<u>William Morrison</u>  , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on <u>February 14, 2008</u> at <u>10:30 AM</u> , at  <u>3 WEST FORDHAM ROAD , BRONX   NY 10468</u>
deponent served the within  <u>SUMMONS, COMPLAINT, RULE 7.1 , INDIVIDUAL JUDGES RULES</u>
on <u>LEODEGARIO ROJAS, INDIVIDUALLY   AND D/B/A SPEEDY GONZALEZ MEXICAN- AMERICAN RESTAURANT A/K/A SPEEDY GONZALEZ A/K/A SPEEDY GONZALEZ MEXICAN RESTAURANT</u>  defendant therein named.

**INDIVIDUAL [X]**   By personally delivering to and leaving with said <u>LEODEGARIO ROJAS</u> a true copy thereof,
And that he knew the person so served mentioned and described in said <u>SUMMONS, COMPLAINT, RULE 7.1 , INDIVIDUAL JUDGES RULES</u>
Defendant was identified by self admission

**CORPORATION [ ]**   By delivering to and leaving with _____ at _____, and that he knew the person so served to be AUTHORIZED to accept service.

*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON [ ]**   By delivering a true copy thereof to and leaving with _____ , a person of suitable age and discretion at _____ the said premise being the defendants / respondents   within the state of New York.

**AFFIXING TO DOOR, ETC. [ ]**   By affixing a true copy thereof to the door of the said premises, the same being the defendant's   within the State of New York.

**MAILING [ ]**   Deponent completed service under the last two sections by depositing a true copy of the _____ in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on _____, _____ to the Above Address

**PREVIOUS ATTEMPTS [ ]**   Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age <u>57</u>  Approximate weight <u>150</u>  Approximate height <u>5'5"</u>   Sex <u>Male</u>
Color of skin <u>TAN</u>  Color of Hair **<u>BLACK/GRAY</u>**  Other _____

**[X]**   Deponent spoke with Person Served    who confirmed non-military status of the defendant. The person spoken to stated the defendant was not in the military service of the United States government or on active duty in the military service in the state of New York.

Sworn to before me this  02/14/2008

_William Morrison_
William Morrison 870436

_Vincent J Gillis_

VINCENT J. GILLIS
Notary Public State of New York
No. 01GI4984594
Qualified in Suffolk County
Commission Expires July 29, 2011

Professional Process Servers LLC
1265 Sunrise Highway, Ste 107, Bay Shore, NY 11706
(631) 647-9470, Fax (631) 647-9468

%AO 440 (Rev. 8/01) Summons in a Civil Action

ORIGINAL

# UNITED STATES DISTRICT COURT

Southern District of New York

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the **May 5, 2007** DeLaHoya/Mayweather Program,
          Plaintiff,

V.

JUAN C. MORENO and LEODEGARIO ROJAS, Individually, and d/b/a SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT, and SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT,
          Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 00952

TO: (Name and address of Defendant)
**LEODEGARIO ROJAS, Individually, and d/b/a SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT**
3 West Fordham Road
Bronx, New York 10468       Our File No. 07-4-S18V

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON           JAN 29 2008

CLERK            *[signature]*           DATE

(By) DEPUTY CLERK