ECF CASE
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

|  |  |
|---|---|
| Plaintiff, | **REQUEST FOR CLERK'S ENTRY OF DEFAULT** |
| -against- | Civil Action No.08-CV-952-SAS-JCF |
|  | HON. SHIRA A. SCHEINDLIN |

JUAN C. MORENO and LEODEGARIO ROJAS,
Individually, and d/b/a SPEEDY GONZALEZ
MEXICAN - AMERICAN RESTAURANT a/k/a
SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ
MEXICAN RESTAURANT,

and

SPEEDY GONZALEZ MEXICAN - AMERICAN
RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a
SPEEDY GONZALEZ MEXICAN RESTAURANT,
                                    Defendants.
---------------------------------------------------------------

TO:    J. MICHAEL McMAHON, CLERK
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF NEW YORK

Please enter default of the following Defendants:

JUAN C. MORENO and LEODEGARIO ROJAS, Individually, and d/b/a SPEEDY GONZALEZ

MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY

GONZALEZ MEXICAN RESTAURANT, and SPEEDY GONZALEZ MEXICAN - AMERICAN

RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN

RESTAURANT pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead

or otherwise  defend the above-captioned action as fully appears from the Court's file herein and

from the attached affidavit of Julie Cohen Lonstein, Esq.

Dated: March 6, 2008                    LONSTEIN LAW OFFICE, P.C.
       Ellenville, New York


                                        By: /s/ Julie Cohen Lonstein
                                            Julie Cohen Lonstein
                                            Bar Roll No. JL8512
                                            Attorney for Plaintiff
                                            1 Terrace Hill; PO Box 351
                                            Ellenville, NY 12428
                                            Telephone:  845-647-8500
                                            Facsimile:  845-647-6277

ECF CASE
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                                    Plaintiff,

     -against-

JUAN C. MORENO and LEODEGARIO ROJAS,
Individually, and d/b/a SPEEDY GONZALEZ
MEXICAN - AMERICAN RESTAURANT a/k/a
SPEEDY GONZALEZ a/k/a SPEEDY
GONZALEZ MEXICAN RESTAURANT,

and

SPEEDY GONZALEZ MEXICAN - AMERICAN
RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a
SPEEDY GONZALEZ MEXICAN
RESTAURANT

                             Defendants.
-------------------------------------------------------------

**AFFIDAVIT IN SUPPORT OF**
**REQUEST FOR DEFAULT**
Civil Action No.08-CV-952-SAS-JCF
HON. SHIRA A. SCHEINDLIN

STATE OF NEW YORK :
                      : SS.:
COUNTY OF ULSTER  :

     JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

     1. That I am the attorney for plaintiff, **J & J SPORTS PRODUCTIONS, INC.,** in the

above referenced matter and I am admitted to practice in this Court.  I am fully familiar with all

the facts, circumstances and proceedings heretofore had herein.

     2.     This action was commenced pursuant to 47 U.S.C. §605, *et seq.*  A copy of the

Summons and Complaint was served on Defendants, JUAN C. MORENO and LEODEGARIO

ROJAS, Individually, and d/b/a SPEEDY GONZALEZ MEXICAN - AMERICAN

RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT, and SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT, as set forth in the proofs of service by William Morrison, ECF Documents No. 2, 3 and 4.

3.    The time within which any of the Defendants may answer or otherwise move with respect to the Complaint herein has expired.  Defendants, JUAN C. MORENO and LEODEGARIO ROJAS, Individually, and d/b/a SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT, and SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT, have not answered or otherwise moved with respect to the Complaint; and the time for the Defendant(s) to do so has not been extended.

4.    Said Defendant(s) are not infants or incompetents.  Upon information and belief, Defendant(s) are not presently in the military service of the United States.

**WHEREFORE**, Plaintiff **J & J SPORTS PRODUCTIONS, INC.,** requests that the default of the Defendant(s) JUAN C. MORENO and LEODEGARIO ROJAS, Individually, and d/b/a SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT, and SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT, be noted and that judgment be entered in favor of plaintiff and against defendants in the manner stated herein.

Dated: March 6, 2008
          Ellenville, NY 12428

Sworn to before me this 6th
day of March 2008

/s/ April Draganchuk

**April Draganchuk**
**Notary Public State of New York**
**Registration  No. 4945872**
**Residing in Ulster County**
**My Commission Expires Jan. 27, 2011**

/S/ Julie Cohen Lonstein

     Julie Cohen Lonstein
     Bar Roll No. JL8512

ECF CASE
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

<table>
<tr><td></td><td>Plaintiff,</td><td></td></tr>
</table>

                          **CERTIFICATE OF SERVICE**
        -against-                  Civil Action No.08-CV-952-SAS-JCF
                                 HON. SHIRA A. SCHEINDLIN

JUAN C. MORENO and LEODEGARIO ROJAS,
Individually, and d/b/a SPEEDY GONZALEZ
MEXICAN - AMERICAN RESTAURANT a/k/a
SPEEDY GONZALEZ a/k/a SPEEDY
GONZALEZ MEXICAN RESTAURANT,

and

SPEEDY GONZALEZ MEXICAN - AMERICAN
RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a
SPEEDY GONZALEZ MEXICAN
RESTAURANT

                                 Defendants
-------------------------------------------------------------

       The undersigned certifies that on the 6th day of March 2008 your deponent served the
following documents by regular mail:

      1) Request for Default
      2) Affidavit in Support of Request for Default
      3) Clerk's Certificate

on the following:

Speedy Gonzalez Mexican Restaurant
3 West Fordham Rd.
Bronx, NY 10468

Juan C. Moreno
3 West Fordham Rd.
Bronx, NY 10468

Leonardo Rojas
3 West Fordham Rd.
Bronx, NY 10468                       /s/ Julie Cohen Lonstein
                                 Julie Cohen Lonstein