UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

           Plaintiff,

  -against-

JUAN C. MORENO and LEODEGARIO ROJAS, Individually, and d/b/a SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT,

and

SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT,

           Defendants.
-----------------------------------------------------------

**MOTION TO CONTINUE**
Civil Action No.08-CV-952-SAS-JCF
HON. SHIRA A. SCHEINDLIN

     Come now plaintiff, **J & J SPORTS PRODUCTIONS, INC.**, and moves this Court for an Order of Continuance to adjourn the Conference scheduled for March 20, 2008 at 4:30 p.m., in order to give plaintiff sufficient time to submit a default motion to the Court as against the defaulting defendants, as plaintiff has filed a request for the Clerk's Entry of Default on March 6, 2008 and their likelihood of appearing for the scheduled conference is slight.

     Attached hereto is a proposed order for the Court setting forth the proposed relief requested herein.

                                       **J & J SPORTS PRODUCTIONS, INC.**

                                       By: /s/ Julie Cohen Lonstein
                                             JULIE COHEN LONSTEIN, Esq.
                                             LONSTEIN LAW OFFICE, P.C.

                                                                                                                                            1 Terrace Hill, P.O. Box 351
                                                                                                                                             Ellenville, NY 12428
                                                        (845) 647-8500
                                                      ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document was served upon all parties or attorneys at the address set forth below on the 11th day of March, 2008:

Juan C. Moreno
3 West Fordham Rd.
Bronx, NY 10468

Leonardo Rojas
3 West Fordham Rd.
Bronx, NY 10468

Speedy Gonzalez Mexican Restaurant
3 West Fordham Rd.
Bronx, NY 10468


By:[x] U.S. Mail, postage prepaid

                                                          /s/ Julie Cohen Lonstein
                                                               JULIE COHEN LONSTEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                            **ORDER TO CONTINUE**
                            Civil Action No.08-CV-952-SAS-JCF
                            HON. SHIRA A. SCHEINDLIN

                Plaintiff,

   -against-

JUAN C. MORENO and LEODEGARIO ROJAS,
Individually, and d/b/a SPEEDY GONZALEZ
MEXICAN - AMERICAN RESTAURANT a/k/a
SPEEDY GONZALEZ a/k/a SPEEDY
GONZALEZ MEXICAN RESTAURANT,

and

SPEEDY GONZALEZ MEXICAN -
AMERICAN RESTAURANT a/k/a SPEEDY
GONZALEZ a/k/a SPEEDY GONZALEZ
MEXICAN RESTAURANT,

                Defendants.
----------------------------------------------------------------

      Considering the motion of the plaintiff for continuance of the Conference scheduled for March 20, 2008 at 4:30 p.m., in order to allow plaintiff sufficient time to submit a motion for default to the Court.

      ORDERED, that the Conference scheduled for March 20, 2008 at 4:30 p.m. be continued.

      Dated this _____ day of March, 2008

                                                _____
                                                HON. SHIRA A. SCHEINDLIN
                                                Judge, United States District Court