UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                Plaintiff,

  -against-

JUAN C. MORENO and LEODEGARIO ROJAS,
Individually, and d/b/a SPEEDY GONZALEZ
MEXICAN - AMERICAN RESTAURANT a/k/a
SPEEDY GONZALEZ a/k/a SPEEDY
GONZALEZ MEXICAN RESTAURANT,

and

SPEEDY GONZALEZ MEXICAN -
AMERICAN RESTAURANT a/k/a SPEEDY
GONZALEZ a/k/a SPEEDY GONZALEZ
MEXICAN RESTAURANT,

                Defendants.
-----------------------------------------------------------

**ORDER TO CONTINUE**
Civil Action No.08-CV-952-SAS-JCF
HON. SHIRA A. SCHEINDLIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

Considering the motion of the plaintiff for continuance of the Conference scheduled for March 20, 2008 at 4:30 p.m., in order to allow plaintiff sufficient time to submit a motion for default to the Court. *(no later than April 15)*

ORDERED, that the Conference scheduled for March 20, 2008 at 4:30 p.m. be continued.

Dated this _13_ day of March, 2008

                                      _____
                                      HON. SHIRA A. SCHEINDLIN
                                      Judge, United States District Court