ECF CASE
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,
                          Plaintiff,

    -against-

JUAN C. MORENO and LEODEGARIO ROJAS, Individually, and d/b/a SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT,

and

SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT,
                          Defendants.
----------------------------------------------------------------

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

Civil Action No.08-CV-952-SAS-JCF
HON. SHIRA A. SCHEINDLIN

      **PLEASE TAKE NOTICE** that upon the affirmation of Julie Cohen Lonstein, sworn to on the 17th day of March 2008, in support of said application and the exhibits attached thereto, Plaintiff moves this Court for an order granting the entry of default judgment against the Defendants jointly and severally as follows:

**Against, JUAN C. MORENO, Individually, and d/b/a SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT,**

    1)    under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of <u>up to</u> TEN THOUSAND DOLLARS ($10,000.00)

    2)    and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of <u>up to</u> ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for

         Defendant's willful violation of 605(a)

3)     and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of SIX HUNDRED SIX DOLLARS AND TWENTY FIVE CENTS ($606.25)

**Against, LEODEGARIO ROJAS, Individually, and d/b/a SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT**

1)     under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of <u>up to</u> TEN THOUSAND DOLLARS ($10,000.00)

2)     and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of <u>up to</u> ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3)     and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of SIX HUNDRED SIX DOLLARS AND TWENTY FIVE CENTS ($606.25)

**Against, SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT**

1)     under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of <u>up to</u> TEN THOUSAND DOLLARS ($10,000.00)

2)     and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of <u>up to</u> ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3)     and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of SIX HUNDRED SIX DOLLARS AND TWENTY FIVE CENTS ($606.25)

Dated: March 17, 2008
      Ellenville, NY  12428                   LONSTEIN LAW OFFICE, P.C.

                                               By:  <u>/s/ Julie Cohen Lonstein</u>
                                                   Julie Cohen Lonstein
                                                   Bar Roll No.  JL8521
                                                   Attorney for Plaintiff
                                                   1 Terrace Hill; PO Box 351
                                                   Ellenville, NY 12428
                                                   Telephone:  845-647-8500
                                                   Facsimile:   845-647-6277

ECF CASE
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.**, as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                         Plaintiff,

                                         **CLERK'S CERTIFICATE**
  -against-                                    Civil Action No.08-CV-952-SAS-JCF
                                                      HON. SHIRA A. SCHEINDLIN

JUAN C. MORENO and LEODEGARIO ROJAS,
Individually, and d/b/a SPEEDY GONZALEZ
MEXICAN - AMERICAN RESTAURANT a/k/a
SPEEDY GONZALEZ a/k/a SPEEDY
GONZALEZ MEXICAN RESTAURANT,

and

SPEEDY GONZALEZ MEXICAN - AMERICAN
RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a
SPEEDY GONZALEZ MEXICAN
RESTAURANT
                                       Defendants.

-------------------------------------------------------------

      I, J. Michael McMahon, Clerk of the United States District Court for the Southern

District of New York, do hereby certify that the docket entries in the above entitled action

indicates that the Defendants, JUAN C. MORENO and LEODEGARIO ROJAS, Individually,

and d/b/a SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY

GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT, and SPEEDY

GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a

SPEEDY GONZALEZ MEXICAN RESTAURANT, were served with a copy of the Complaint

and Summons on February 14, 2008.

      I further certify that the docket entries indicate that JUAN C. MORENO and

LEODEGARIO ROJAS, Individually, and d/b/a SPEEDY GONZALEZ MEXICAN -

AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT, and SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT have never submitted an answer or otherwise plead in defense of this action and their default is hereby noted.

Dated:            , New York

_MARCH 10_ 2008

J. MICHAEL McMAHON
Clerk

By: _____
Deputy Clerk