ECF CASE
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.**, as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                          Plaintiff,

  -against-

JUAN C. MORENO and LEODEGARIO ROJAS,
Individually, and d/b/a SPEEDY GONZALEZ
MEXICAN - AMERICAN RESTAURANT a/k/a
SPEEDY GONZALEZ a/k/a SPEEDY
GONZALEZ MEXICAN RESTAURANT,

and

SPEEDY GONZALEZ MEXICAN - AMERICAN
RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a
SPEEDY GONZALEZ MEXICAN
RESTAURANT,

                          Defendants.
-----------------------------------------------------------------

**ATTORNEY'S AFFIDAVIT OF COSTS AND FEES**

Civil Action No.08-CV-952-SAS-JCF
HON. SHIRA A. SCHEINDLIN

STATE OF NEW YORK :
                  : SS.:
COUNTY OF ULSTER :

      JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

      1.     That I am the attorney for Plaintiff, J & J Sports Productions, Inc., in the above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

      2.     I make this affidavit in support of Plaintiff's motion for default judgment and damages, costs and fees.

      3.     Plaintiff's litigation expenses as associated with the formation, pleading and filing

of the above captioned matter are as outlined below:

    a.    Filing Fees - $350.00

    b.    Service of Process - $350.00
Attached hereto as Exhibit "A," please find invoice from Signal Auditing, Inc., reflecting the cost of service upon the Defendants.

    c.    Attorneys Fees - $1,118.75
See below

Total Litigation Expenses .............................($1,818.75)

4.    Attorney fees at $200.00 per hour for attorney time spent and $75.00 for paralegal time spent are as follows:

| Date | Action | (in hours) | Fee | |
|---|---|---|---|---|
| 06/08/2007 | Factual research and development | .50 | $100.00 | Atty |
| 06/11/2007 | Claim Letter issued | .25 | $18.75 | Para |
| 06/25/2007 | TC from Attorney for Defendant | .12 | $25.00 | Atty |
| 06/25/2007 | Demand Letter Issued | .25 | $18.75 | Para |
| 07/02/2007 | TC with Attorney for Defendant | .13 | $25.00 | Atty |
| 07/09/2007 | TC to Attorney for Defendant | .12 | $25.00 | Atty |
| 07/12/2007 | TC from Attorney for Defendant | .13 | $25.00 | Atty |
| 07/20/2007 | TC to Attorney for Defendant | .12 | $25.00 | Atty |
| 07/25/2007 | Letter Issued to Attorney for Defendant | .25 | $18.75 | Para |
| 08/02/2007 | TC to Attorney for Defendant | .13 | $25.00 | Atty |
| 08/06/2007 | Settlement Docs emailed to Attorney | .25 | $50.00 | Atty |
| 08/30/2007 | TC from Attorney for Defendant | .12 | $25.00 | Atty |
| 09/18/2007 | TC to Attorney for Defendant | .13 | $25.00 | Atty |
| 10/03/2007 | TC to Attorney for Defendant | .12 | $25.00 | Atty |

| Date | Description | Hours | Fee | Role |
|---|---|---|---|---|
| 11/05/2007 | TC from Attorney for Defendant | .13 | $25.00 | Atty |
| 12/04/2007 | TC to Attorney for Defendant | .12 | $25.00 | Atty |
| 01/11/2008 | Issued Letter to Attorney | .25 | $18.75 | Para |
| 01/17/2008 | Complaint drafted, Corporate disclosure | .50 | $100.00 | Atty |
| 01/25/2007 | Complaint sent to Court for Filing | .25 | $18.75 | Para |
| 01/28/2008 | TC from Attorney For Defendant | .13 | $25.00 | Atty |
| 01/31/2008 | Arranged Service | .25 | $18.75 | Para |
| 02/21/2008 | Review Service | .12 | $25.00 | Atty |
| 02/21/2008 | Filed and mailed Proofs of Service | .25 | $18.75 | Para |
| 03/06/2008 | Review Order | .13 | $25.00 | Atty |
| 03/06/2008 | Drafting Request for Default | .50 | $100.00 | Atty |
| 03/06/2008 | Filed and mailed Request For Default | .50 | $37.50 | Para |
| 03/11/2008 | Motion for Continuance | .25 | $50.00 | Atty |
| 03/12/2008 | Review Clerk's Certificate | .12 | $25.00 | Atty |
| 03/14/2008 | Drafted Motion for Default | 1.0 | $200.00 | Atty |

|  | **Hours** | **Fee** |
|---|---|---|
|  | 4.75 Atty | $950.00 |
|  | 2.225 Para | $168.75 |
| **Total** |  | **$1,118.75** |

5. As part of its factual research, Plaintiff's Counsel conducted a search of the New York State Division of Alcoholic Beverage Control State Liquor Authority. The results show that Juan C. Moreno and Leodegario Rojas are the Principals of Speedy G Inc. The Public Query Results page is attached hereto as Exhibit "B".

6. The auditor during the course of her investigation took a brief video which shows

commentator Lennox Lewis. Attached hereto as Exhibit C is a copy of the auditors' video. Lennox Lewis is a commentator for HBO-PPV, attached hereto as Exhibit 'D', is a biography of Lennox Lewis from HBO-PPV website. Lennox Lewis was a commentator for the May 5, 2007 De La Hoya/ Mayweather event.

7. We respectfully request that judgment be entered in favor of Plaintiff and against the Defendants in the manner stated herein.

**WHEREFORE,** your deponent respectfully requests that this Court in its discretion grant judgment by default under 605(a) on COUNT I of the Plaintiff's complaint against the Defendants jointly and severally as follows:

**Against, JUAN C. MORENO, Individually, and d/b/a SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT,**

1) under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of SIX HUNDRED SIX DOLLARS AND TWENTY FIVE CENTS ($606.25)

**Against, LEODEGARIO ROJAS, Individually, and d/b/a SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT**

1) under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of SIX HUNDRED SIX DOLLARS AND TWENTY FIVE CENTS ($606.25)

**Against, SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT**

1) under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of <u>up to</u> TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of <u>up to</u> ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of SIX HUNDRED SIX DOLLARS AND TWENTY FIVE CENTS ($606.25)

Dated: March 17, 2008
Ellenville, NY 12428

/s/ Julie Cohen Lonstein
Julie Cohen Lonstein, Esq.
Bar Roll No. JL8512
Lonstein Law Office, P.C.
Attorneys for Plaintiff
1 Terrace Hill; PO Box 351
Ellenville, NY 12428
Telephone: 845-647-8500
Facsimile: 845-647-6277

Sworn to before me this 17th day of March 2008

/s/ April Draganchuk
*April Draganchuk*
*Notary Public State of New York*
*Registration No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2011*

Exhibit A

Mountain Support Services

1 Terrace Hill
P.O. Box 615
Ellenville, NY 12428

# Invoice

| Date | Invoice # |
|---|---|
| 2/21/2008 | 1247 |

| Bill To |
|---|
| Lonstein Law Office, PC |
| Wayne D Lonstein |
| 1 Terrace Hill |
| P.O. Box 351 |
| Ellenville, NY 12428 |

| Description | Amount |
|---|---|
| INDIVIDUAL SERVICE<br>J&J v. LEODEGARIO ROJAS<br>YOUR FILE #07-4-S18V<br>CV #08-0952 | 150.00 |
| INDIVIDUAL SERVICE<br>J&J v. JUAN C. MORENO<br>YOUR FILE #07-4-S18V<br>CV #08-0952 | 100.00 |
| CORPORATE SERVICE<br>J&J v. SPEEDY GONZALEZ MEXICAN -AMERICAN RESTAURANT<br>YOUR FILE #07-4-S18V<br>CV#08-0952 | 100.00 |// | **Total** | $350.00 |

Exhibit B

Case 1:08-cv-00952-SAS    Document 11    Filed 03/21/2008    Page 8 of 13



Eliot Spitzer  
Governor  

Noreen Healey  
Commissioner  

Joshua B. Toas  
CEO  

Daniel B. Boyle  
Chairman  

Home  
Office Directory  
Licensing Information  
Online Licensing  
Forms Download  
**Public License Query**  
Wholesale  
Full Board Calendar  
500 Foot Hearings  
Press Office  
Enforcement Training Information  
FAQs  
ABC Law  
Mission Statement  
Privacy  
Security  

Help

## Public Query - Results

**License Information**

**Serial Number:** 1138056  
**License Type:** RESTAURANT WINE  
**License Status:** License is Active  
**Credit Group:** 3  
**Filing Date:** 03/14/2003  
**Effective Date:** 05/01/2007  
**Expiration Date:** 04/30/2008  

**Premises Information**

**Principal's Name:** MORENO,JUAN C  
ROJAS,LEODEGARIO  
**Premises Name:** SPEEDY G INC  
**Trade Name:**  
**Zone:** 1  
**Address:** 3 W FORDHAM ROAD  

BRONX, NY 10468  
**County:** BRONX  

---

You can select one of the following links to perform another search:

- Search by Name
- Search by License Number
- Search by Location
- Search by Principal

See Video Disk w/ Courtesy Copies Please

Exhibit "C"

Exhibit "D"



Ads by Google

# Mayweather defeats De La Hoya!

Saturday, May 5 2007

## Bautista, Juarez victorious

**By Mike Sloan and Victor Perea at ringside**
**Photo: Naoki Fukuda**

**Legends of the Ring**
Watch Classic Fights on VERSUS Featuring Top Boxing Legends!
Versus.com



WBC welterweight champion Floyd Mayweather Jr (38-0, 24 KOs) won a twelve round split decision over WBC super welterweight champion Oscar De La Hoya (38-5, 30 KOs) on Saturday night at the MGM Grand Garden Arena in Las Vegas. Floyd had the edge in a slow round one, but De La Hoya upped the pressure to win round two. After an opening flurry in round three, Oscar wasn't as aggressive and Floyd picked him apart. De La Hoya landed about a dozen body shots in succession while Floyd was on the ropes in round four. Both fighters scored in round five, with Floyd getting the better of it. Oscar connected well in round six, plus showed some defensive skills making Floyd miss wildly several times. Oscar effectively used his jab and outworked Floyd in the seventh. Oscar flurried at the end of the eighth to possibly steal a close round. Mayweather landed the most meaningful punches in the ninth and tenth, as Oscar grew fatigued and inexplicably abandoned his jab. Floyd also mostly dominated the eleventh, but Oscar landed the best punch of the round. Both fighters traded punches to end the fight. Scores were 116-112, 115-113 Mayweather, 115-113 De La Hoya.

**Calzaghe vs Hopkins Tix**
Premium Tickets & Packages Avail. For Las Vegas Fight! Buy Online Now
www.LasVegasTickets.cor

**Oscar De La Hoya**
Great Seats, Cheap Prices. Buy De La Hoya vs Forbes Tickets!
www.TicketSpot.com

**Kelly Pavlik Official Tee**
Signature Pavlik Affliction Tee Affliction Official Online Store
AfflictionClothingStore.con

WBC #5/WBA #6/IBF #7 super featherweight Rocky Juarez (26-3, 19 KOs) won a twelve round unanimous decision over Jose Hernandez (22-3, 14 KOs) to claim the WBA's Fedelatin title. Juarez dropped Hernandez in round two with a flush right hand, but had more trouble than expected against the busier Hernandez. Scores were 115-112, 116-111, 117-110.

In an action-packed WBO super bantamweight eliminator, undefeated #1 rated Rey "Boom Boom" Bautista (23-0, 17 KOs) earned a mandatory shot at champion Daniel Ponce De Leon with a unanimous decison over previously unbeaten #2 Sergio Medina (28-1, 22 KOs). In round five, Bautista was deducted a point for a low blow by referee Robert Byrd. He got that point back by dropping Medina in the following round. In round seven, Medina staggered Bautista and was credited with a knockdown when Bautista hung onto the ropes to keep from going down. The standing eight may have saved Bautista, and Medina didn't follow up to finish him. Bautista was able to clear his head and regain control, again dropping Medina in the eleventh. Scores were 115-109, 116-108, 115-109.

Super flyweight Alex Banal (13-0-1) won an eight round unanimous decision over Juan Rosas (25-3). Scores were 78-73, 78-73, 76-75.

Unbeaten super featherweight buzzsaw Billy Dib (16-0) outworked Jose Alberto Gonzalez (14-4) over eight rounds to claim a 78-74, 78-74, 77-75 win.

Unbeaten lightweight John Murray (21-0) scored a seventh round TKO over Lorenzo Bethea (6-5). Time was :28 when Bethea's corner threw in the towel.

In an upset, welterweight Christian Solano (20-11-4) knocked out previously unbeaten John O'Donnell (15-1). Solano dropped O'Donnell late in the first round with a left hook, then in the following round another left hook sent O'Donnell to the canvas face first. Time was 1:50.

Lightweights Ernest Johnson (16-2-1) and Hector Beltran (10-1-1) fought to a lackluster eight round draw. Scores were 77-74, 77-75, 76-76.

Unbeaten cruiserweight Carlos Duarte (6-0) scored a second round TKO over pro debuting Calvin Rooks. Time was 1:54.

For all the latest boxing news, click here.

All contents copyright 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007 by Freitag Marketing Services. The information on this site cannot be reused without written permission.