ECF CASE
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                           Plaintiff,           **CERTIFICATE OF SERVICE**

   -against-

                                       Civil Action No 08-CV-952-SAS-JCF
                                       HON. SHIRA A. SCHEINDLIN

JUAN C. MORENO and LEODEGARIO ROJAS,
Individually, and d/b/a SPEEDY GONZALEZ
MEXICAN - AMERICAN RESTAURANT a/k/a
SPEEDY GONZALEZ a/k/a SPEEDY
GONZALEZ MEXICAN RESTAURANT,

and

SPEEDY GONZALEZ MEXICAN - AMERICAN
RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a
SPEEDY GONZALEZ MEXICAN
RESTAURANT,

                            Defendants
----------------------------------------------------------------
      The undersigned certifies that on the 21ST  day of March 2008, your deponent served the
following documents by Certified Mail Return Receipt Requested:

        Notice of Motion for Default
        Default Judgment
        Attorney Affidavit of Cost and Fees
        Plaintiff's Affidavit
        Memorandum of Law
        Statement for Judgment
        Rule 54b Statement
        Clerk Certificate of Default
        Certificate of Service

on the following:

Speedy Gonzalez Mexican Restaurant
3 West Fordham Road
Bronx, NY 10468

Juan C. Moreno
3 West Fordham Road
Bronx, NY 10468

Leodegario Rojas
3 West Fordham Road
Bronx, NY 10468

                                                    /s/ Julie Cohen Lonstein
                                                    Julie Cohen Lonstein