ECF CASE
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------



DATE FILED: 4/9/08

**J & J SPORTS PRODUCTIONS, INC.**, as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

Plaintiff,

-against-

JUAN C. MORENO and LEODEGARIO ROJAS,
Individually, and d/b/a SPEEDY GONZALEZ
MEXICAN - AMERICAN RESTAURANT a/k/a
SPEEDY GONZALEZ a/k/a SPEEDY
GONZALEZ MEXICAN RESTAURANT,

and

SPEEDY GONZALEZ MEXICAN - AMERICAN
RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a
SPEEDY GONZALEZ MEXICAN
RESTAURANT,

Defendants.
--------------------------------------------------------------

**DEFAULT JUDGMENT**

Civil Action No.08-CV-952-SAS-JCF
HON. SHIRA A. SCHEINDLIN

The Summons and Complaint in this action having been duly served upon the

Defendants, **JUAN C. MORENO and LEODEGARIO ROJAS, Individually, and d/b/a**

**SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY**

**GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT, and SPEEDY**

**GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ**

**a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT** on February 14, 2008 and said

Defendants having failed to plead or otherwise appear in this action,

**NOW**, on motion of JULIE COHEN LONSTEIN, of counsel to LONSTEIN LAW

OFFICE P.C., attorneys for the Plaintiff, it is hereby

**ORDERED AND** ADJUDGED that J & J Sports Productions, Inc.., the Plaintiff, does recover jointly and severally of **JUAN C. MORENO and LEODEGARIO ROJAS, Individually, and d/b/a SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT and SPEEDY GONZALEZ MEXICAN - AMERICAN RESTAURANT a/k/a SPEEDY GONZALEZ a/k/a SPEEDY GONZALEZ MEXICAN RESTAURANT,**

1)     under 605(e)(3)(C)(i)(II) a  sum *in the discretion of the Court*, of __*$1,000*__

2)     and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of __*$5,000*__ for enhanced damages for Defendant's willful violation of 605(a)

3)     and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of ONE THOUSAND EIGHT HUNDRED EIGHTEEN DOLLARS AND SEVENTY FIVE CENTS ($1,818.75)

FOR A JUDGMENT IN THE TOTAL SUM OF __$7,818.75__

**ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil

Procedure, there is no just reason for delay in this Default Judgment as the interest of justice

require the issuance of judgment as requested without further delay. *The Clerk of the Court is directed to close the following motions [Docs. 7 and 9]*

Dated:        , 2008

HONORABLE SHIRA A. SCHEINDLIN
United States District Judge

*4/9/08*